# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HOMER E. HOSKINS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:15-cv-00305-TWP-MJD |
| NATION OF ISLAM, | ) | |
| Defendant. | ) | |

**Entry Discussing Request to Proceed on Appeal *In Forma Pauperis***

Plaintiff Homer Hoskins seeks leave to proceed on appeal without prepayment of the appellate fees of $505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*.

There is no objectively reasonable argument Mr. Hoskins could present to argue that the disposition of this action was erroneous. In pursuing an appeal, therefore, the petitioner "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* [dkt 7] is **denied.**

The Court takes judicial notice of the fact that Mr. Hoskins has listed several addresses on his numerous complaints, none of which appear to be valid residential addresses. Therefore, this Entry will not be placed in the mail. As he often does, he may pick up a copy of this Entry in the

Clerk's Office, Room 105 of the United States District Court for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN 46204.

**IT IS SO ORDERED.**

Date: 3/9/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Homer E. Hoskins
For Pick Up In Clerk's Office, Room 105 Courthouse